# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:19-cr-146 |
| v. | ) | |
| | ) | Dist. Judge Harry S. Mattice |
| KARIM SADRUDDIN | ) | |
| | ) | Mag. Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 28] recommending that the Court: (1) accept Defendant's guilty plea to Counts One, Two and Three of the three count Information; (2) adjudicate Defendant guilty of two counts of wire fraud in violation of 18 U.S.C. § 1343; (3) adjudicate Defendant guilty of one count of conspiracy to commit money laundering in violation of 18 U.S.C. §§ 1956(h) and 1957; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 13] pending further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 28] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Counts One, Two and Three of the three count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of two counts of wire fraud in violation of 18 U.S.C. § 1343;

3. Defendant is hereby **ADJUDGED** guilty of one count of conspiracy to commit money laundering in violation of 18 U.S.C. §§ 1956(h) and 1957;

4. Defendant's sentencing hearing shall take place on **March 27, 2020, at 2:00 p.m.** before the District Judge; and

5. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 13] pending further order of this Court.

**SO ORDERED.**

    */s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR
UNITED STATES DISTRICT JUDGE